1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
6     Telephone: (415) 436-6730
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                   UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12
   RADHA SINGH, SHARAMJIT KAUR, and )   No. C06-7189 JL
13 JASPINDER KAUR,                   )
                                     )   STIPULATION TO VACATE CASE
14              Plaintiffs,          )   MANAGEMENT CONFERENCE; AND
                                     )   [XXXXXXX] ORDER
15        v.                         )
                                     )   Date: July 25, 2007
16 U.S. CITIZENSHIP AND IMMIGRATION  )   Time: 10:30 a.m.
   SERVICES; EMILIO T. GONZALEZ,     )
17 Director, U.S. Citizenship and Immigration )
   Services; DAVID N. STILL, District )
18 Director, USCIS, San Francisco Office; )
   GERARD HEINAUER, Director, Nebraska )
19 USCIS Service Center,             )
                                     )
20              Defendants.          )
                                     )
21

22     The Plaintiffs, by and through their attorneys of record, and Defendants,[1] by and through

23 their attorneys of record, hereby stipulate, subject to approval of the Court, to vacate the Case

24 Management Conference, which is currently scheduled for July 25, 2007, in light of the following:

25     1. On May 9, 2007, the Court scheduled a continued Case Management Conference.

26 ///

27 ─────────────────────

28     [1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION TO VACATE CMC
06-7189 JL

2. On July 16, 2007, the U.S. Citizenship and Immigration Services issued a Notice of Intent to Terminate Plaintiff Radha Singh's asylum status, upon which his Form I-730 petitions are based.

3. Accordingly, the parties propose that the Case Management Conference scheduled for July 25, 2007 be vacated, and that this case be held in abeyance pending the outcome of the termination proceedings. The parties will notify the Court within one week of a decision in the termination proceedings, and suggest any appropriate action.

Dated:   July 19, 2007                              Respectfully Submitted,

                                                    SCOTT N. SCHOOLS
                                                    United States Attorney


                                                          /s/
                                                    MELANIE L. PROCTOR
                                                    Assistant United States Attorney
                                                    Attorneys for Defendants


Dated:   July 18, 2007                                    /s/
                                                    CHELSEA HALEYNELSON
                                                    Law Office of Robert B. Jobe
                                                    Attorneys for Plaintiffs

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the parties' July 25, 2007 Case Management Conference is vacated.

Dated: July __23__, 2007

                                                    _____
                                                    JAMES LARSON
                                                    United States Magistrate Judge

STIPULATION TO VACATE CMC
06-7189 JL