1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                     UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12
   RADHA SINGH, SHARAMJIT KAUR, and )    No. C06-7189 JL
13 JASPINDER KAUR,                  )
                                    )
14                Plaintiffs,       )
                                    )
15        v.                        )
                                    )
16 U.S. CITIZENSHIP AND IMMIGRATION )    JOINT STATUS REPORT
   SERVICES; EMILIO T. GONZALEZ,    )
17 Director, U.S. Citizenship and Immigration )
   Services; DAVID N. STILL, District )
18 Director, USCIS, San Francisco Office; )
   GERARD HEINAUER, Director, Nebraska )
19 USCIS Service Center,            )
                                    )
20                Defendants.       )
                                    )
21

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

STATUS REPORT
06-7189 JL

On July 23, 2007, the Court issued an order holding the above-titled action in abeyance pending the outcome of Plaintiffs' asylum termination proceedings. In the interim period, Plaintiffs have retained new counsel. As a result, the termination interview has been postponed. The parties ask the Court to continue to hold the action in abeyance, and will notify the Court within one week of a decision on the termination proceedings, and suggest appropriate action.

Dated:  November 19, 2007                     Respectfully Submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendants

Dated:  November 19, 2007                     _____/s/_____
MARTIN GUAJARDO
Attorney for Plaintiffs

**ORDER**

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

Dated:  November 20, 2007

_____
JAMES LARSON
United States Magistrate Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STATUS REPORT
06-7189 JL