STEVEN F. GRUEL (CSBN 213148)
100 Pine Street, Suite 600
San Francisco, California 94111
Telephone Number (415) 989-1253
Fax Number (415) 576-1442
attystevengruel@sbcglobal.net

Attorney for Radha Singha

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RADHA SINGH, et. al., | No. C-06-07189-JL |
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE |
| Vs. | |
| U.S. CITIZENSHIP AND IMMIGRATION SERVICES, et. al., | |
| Defendants. | |

The above matter is scheduled for a Case Management Conference on November 12, 2008 at 10:30 a.m. At the request of Plaintiff's counsel in order to fully come up to speed in this case, the parties stipulate that the Case Management Conference may be continued, with the Court's permission, to December 3, 2008 at 10:30 a.m.

//

//

//

//

//

1
*STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE*

SO STIPULATED:

Dated: November 10, 2008          /s/_____
                                              STEVEN F. GRUEL
                                              Attorney for Radha Singh

Dated: November 10, 2008          _/s/_____
                                              MELANIE L. PROCTOR
                                              Assistant United States Attorney
                                              Attorney for Defendants

## [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the parties, the Case Management Conference is hereby rescheduled from November 12, 2008 to December 3, 2008 at 10:30 a.m.

IT IS SO ORDERED.

Dated: Nov 10, 2008

                                   _____
                                   JAMES LARSON
                                   United States Magistrate Judge